**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rene Chavez and Bridgette Chavez, individually and as guardians ad litem for A.C., a minor,<br><br>      Plaintiff,<br><br>vs.<br><br>Bravo Farms Cheese, LLC,<br><br>      Defendants. | No. CV 10-2437-PHX-JAT<br><br>**ORDER** |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003). In this case, the complaint fails to sufficiently plead jurisdiction. *See* 28 U.S.C. § 1332; *Johnson v. Columbia Properties Anchorage, L.P.,* 437 F.3d 894, 899 (9th Cir. 2006) (discussing the citizenship of a limited liability company).

Accordingly,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  **IT IS ORDERED** that by December 28, 2010, Plaintiff (who is the party asserting
2  jurisdiction and therefore the party with the burden of pleading jurisdiction, *see Industrial
3  Tectonics v. Aero Alloy*, 912 F.2d 1090, 1092 (9th Cir. 1990)) shall file an amended complaint
4  properly alleging federal subject matter jurisdiction, or this case will be dismissed without
5  prejudice for lack of federal subject matter jurisdiction.

6  DATED this 2nd day of December, 2010.

*[signature]*
James A. Teilborg
United States District Judge